UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LASHAWN FORD | No. 12 CR 927<br><br>Judge Rebecca R. Pallmeyer |

**AMENDED PROTECTIVE ORDER GOVERNING DISCOVERY**

Upon the parties' agreed motion, pursuant to Fed. R. Crim. P. 16(d), it is hereby ORDERED:

1. Documents provided by the Federal Deposit Insurance Corporation (FDIC) and the Illinois Department of Financial & Professional Regulation—Division of Banking (IDFPR) in response to defendant's trial subpoenas are subject to this protective order and may be used by the parties solely in connection with this case, and for no other purpose, and in connection with no other proceeding, without further order of this Court.

2. The parties shall not disclose the materials or their contents directly or indirectly to any person or entity other than persons employed to assist with this case, persons who are interviewed as potential witnesses, counsel for potential witnesses, and other persons to whom the Court may authorize disclosure. Potential witnesses and their counsel may be shown copies of the materials as necessary, but may not retain copies without prior permission of the Court.

3. Sensitive information contained in materials provided by the FDIC and IDFPR in response to defendant's trial subpoena shall not be included in any

public filing with the Court, and instead shall be redacted or submitted under seal. Except the defendant may choose to include in a public document sensitive information relating solely and directly to the defendant. Materials provided by the FDIC and IDFPR in response to defendant's trial subpoena may be offered as exhibits at a public trial so long as the documents are identified in advance to the FDIC and IDFPR and appropriate measures are taken to redact sensitive information.

4. Upon conclusion of all stages of this case, materials provided by the FDIC and IDFPR in response to defendant's subpoena shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the FDIC and IDFPR; or (3) retained in the parties' counsel's case files. In the event that the materials are retained by counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court.

5. Nothing contained in this Order shall preclude any party from applying to this Court for further relief or for modification of any provision of this Order.

ENTER:

*Rebecca R. Pallmeyer*

_____
REBECCA R. PALLMEYER
District Judge
United States District Court
Northern District of Illinois

Date: <u>May 19, 2014</u>